DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD ALAN COVERT JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-4117

_____

April 19, 2024

Appeal from the Circuit Court for Pasco County; Kimberly Campbell,
Judge.

Howard L. Dimmig, II, Public Defender, and A. Victoria Wiggins,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-
Pimiento, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

      Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.